1008

[No. 38638-7-I.    Division One.    August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
AUGUSTIN JIMINEZ-QUIROZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00308-1, Richard M. Ishikawa, J., entered
May 6, 1996. *Remanded* by unpublished per curiam
opinion.

[Nos. 13807-1-III; 13866-6-III.    Division Three.    August 5, 1997.]

MOUNTAIN MEADOWS MINING CORPORATION, ET AL.,
*Respondents*, v. THE ESTATE OF LEONARD SELL, ET AL.,
*Defendants*, ARTHUR BOLT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 82-2-00048-3, John Schultheis, J.,
entered January 1, 1994. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, C.J., and
Kurtz, J.

[No. 14920-0-III.    Division Three.    August 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIA
MAGDALENO GALVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 94-1-00553-1, Duane E. Taber, J., entered
May 19, 1995. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Schultheis, A.C.J., and
Kurtz, J.

[No. 15339-8-III.    Division Three.    August 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
SCOTT AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-00398-3, Harold D. Clarke, J.,
entered September 22, 1995. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Thompson and
Brown, JJ.